# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**THOMAS SINCLAIR,**       :
    Petitioner,       :
**vs.**       :       CIVIL ACTION 07-00214-CG-B
           :
**WARDEN JERRY FERRELL,**       :
    Respondent.

## ORDER

In an Order dated January 4, 2010 (Doc. 13), the Court determined that Respondent had not established that the habeas petition filed by Petitioner Thomas Sinclair was untimely filed and that Sinclair's petition was, indeed, timely. Accordingly, the Court directed Respondent to file, no later than **January 25, 2010**, an amended answer addressing the merits of Sinclair's claims. A review of the docket reflects that as of today's date, Respondent has not filed his amended answer. Accordingly, Respondent is **ORDERED** to show cause, by **February 12, 2010,** for his failure to file his amended answer and to file his amended answer at that time. In conjunction with his amended answer, Respondent should submit, as previously ordered, the trial record and any pertinent transcripts or other documents as set forth in this Court's Order of April 25, 2007 (Doc. 3).

    **DONE** this **5**th day of **February, 2010.**

                                            **/S/ SONJA F. BIVINS**
                                        **UNITED STATES MAGISTRATE JUDGE**