# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS SINCLAIR, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO. 07-0214-CG-B |
| WARDEN JERRY FERRELL, | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that the petition for habeas corpus relief is hereby **DENIED**, that **JUDGMENT** is entered in favor of respondent, Warden Jerry Ferrell, and against petitioner, Thomas Sinclair, and that the petitioner is not entitled to a certificate of appealability.

**DONE and ORDERED** this 13th day of April, 2010.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE